IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERMEL T. BROWN,<br><br>    Plaintiff<br><br>vs.<br><br>JOHN E. WETZEL, ET AL.<br><br>    Defendants | Case No. 1:18-cv-00347 (Erie)<br><br>RICHARD A. LANZILLO<br>UNITED STATES MAGISTRATE JUDGE<br><br>O R D E R on MOTION FOR EXTENSION OF TIME, TO ORDER DEFENDANTS TO RESERVE MOTION TO DISMISS, and FOR COPY OF COMPLAINT AND EXHIBITS<br><br>ECF NOS. 21, 22, 23 |

Presently before the Court are three motions filed by the Plaintiff Jermel Brown seeking an extension to time to respond to Defendant Hasper's Motion to Dismiss [ECF No. 21]; to have Defendant Hasper reserve the motion and accompanying brief in support [ECF No. 22]; and to have the Clerk of Court send him a copy of his Complaint and Exhibits in support thereof. It is hereby ORDERED as follows:

1. The motion for extension of time (ECF No. 21) is **GRANTED**. Brown's Response to Defendant Hasper's Motion to Dismiss is now due on or before Tuesday, August 20, 2019.

2. The Motion to Order Defendant Hasper to reserve a copy of Motion to Dismiss and accompanying Brief in Support (ECF No. 22) is **DENIED**. On July 19, 2019, Defendant Hasper filed a Notice of Service on the docket certifying that the motion and brief were mailed to the Plaintiff on June 3, 2019. However, out of an abundance of caution, the Court will forward

copies of Defendant Hasper's filings to Brown at his address of record together with a copy of this Order.

3. Brown's request that the Clerk of Courts be ordered to resend him a copy of his Complaint and Exhibits (ECF No. 23) is **DENIED**. *See Kershner v. Mazurkiewicz*, 670 F.2d 440, 445 (3d Cir. 1982) (holding that even prisoners proceeding in forma pauperis are expected to pay for the incidental costs of their litigation). It is well-settled that litigants generally bear their own litigation expenses. *Tabron v. Grace*, 6 F.3d 147, 159 (3d Cir. 1993); *Boring v. Kozakiewicz*, 833 F.2d 468, 474 (3d Cir. 1987). Plaintiff Brown may contact the Clerk of Court's Office and arrange for copies of his Complaint and Exhibits at his own cost.

So ordered.

_____
RICHARD A. LANZILLO
United States Magistrate Judge

Entered this 20th day of July, 2019.